**NO. AP-77,047**

AP-77,047
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/19/2015 3:09:37 PM
Accepted 6/19/2015 3:15:08 PM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| KENNETH THOMAS | () | IN THE COURT OF |
| | () | |
| VS. | () | CRIMINAL APPEALS |
| | () | |
| THE STATE OF TEXAS | () | OF TEXAS |

## MOTION FOR INCREASE IN OF WORD COUNT/
## LEAVE TO FILE BRIEF WITH ADDITIONAL WORDS OVER 37,500

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Appellant in the above-styled and numbered cause, and, pursuant to Rule 38.6 and Rule 10.5(b) Texas Rules of Appellate Procedure, submits this Motion requesting that the Appellant be granted leave to file this death penalty brief in the above-styled and numbered cause with an additional 1,901 words over the 37,500 limit, and in support of same would show the Court the following:

### I.

(a)  Trial Court Designation:     194TH Judicial District Court
     Cause Number:             F86-85539-M
(b)  Offense:                  Capital Murder
     Punishment:              Death
(c)  Facts relied upon to support extension of word count:

Appellant's counsel requests 1,901 words in addition to the 37,500 word count to complete this death penalty appellate brief. This case involved two jury trials, one on competency and one on punishment, both of which involved complex issues. There were 36 issues alone on the voir dire process of this

case, some of which involved the case of U.S. Supreme Court *Hall v. Florida* ____ S.Ct. ____ (2014) which was handed down by the Supreme Court of the United States concerning intellectual disability as applied in death penalty cases. The case was handed down in the middle of jury selection. This Supreme Court case affected the individual voir dire procedure and charge to the jury concerning a special issue of intellectual disability that was submitted to the jury. Issues involving *Ex Parte Briseno's* factors on mental retardation (intellectual disability) had to be dealt with in this appeal. Appellant's counsel has determined that the additional words were necessary to argue the numerous complex issues contained in this brief. Counsel has spoken to the State's assistant district attorney, Ms. Christine Womble and she has no objection to this extension of word count.

## II.

The Appellant has been diligent in pursuing this appeal and is not seeking this word count extension frivolously .

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted.

Respectfully submitted,

/s/  John Tatum
John Tatum
990 S. Sherman Street
Richardson, Texas 70581
(972) 705-9200
Fax #: (972) 690-9901
State Bar No. 19672500

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion has been delivered to Susan Hawk, Dallas County District Attorney, or to her Assistant District Attorney in the Appellate Section assigned to this case, at 133 North Riverfront, 11th floor, Frank Crowley Criminal Courts Building, Dallas, Texas 75207, on this the 13th day of June 19, 2015.

/s/ John Tatum
John Tatum

# CERTIFICATE OF COMPLIANCE

I certify that this submitted e-mail attachment to file Motion for Extension of Time to File Brief complies with the following requirements of the Court:

1. The petition is submitted by e-mail attachment;

2. The e-mail attachment is labeled with the following information:

A. Case Name: Kenneth Thomas
B. The Appellate Case Number: 77,047
C. The Type of Document: Motion to Extend Time
D. Party for whom the document is being submitted: Appellant
E. The Word Processing Software and Version Used to Prepare the Motion :
Word Perfect X7

3. Copies have been sent to all parties associated with this case.

___/s/ John Tatum_____ 6/19/15
(Signature of filing party and date)

John Tatum
(Printed name)

John Tatum, Attorney at Law

Emailed Copy of Motion